James M. Graham, as Administrator of the Estate of George Graham, Deceased, Appellant, vs. Edwin A. Neff as Administrator of the Estate of George H. Neff, Deceased, and Carlin & Fulton, Appellees.

### DIVISION B.

Appeal from the Circuit Court, Alachua county; William A. Hocker, Judge.

*Horatio Davis* and *Evans Haile,* for Appellant.

*W. W. Hampton,* for Appellees.

The bill in this cause was filed by the appellant against the appellees. There were decrees for the defendants, and the complainant appeals. The decrees are affirmed.